# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NECTAR COLLECTOR COLORADO, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CJMY STORE, et al.,<br><br>Defendants. | Case No. 20-cv-00780<br><br>**Judge Gary Feinerman**<br><br>**Magistrate Judge Sheila M. Finnegan** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Nectar Collector Colorado, LLC ("Plaintiff" or "Nectar Collector") hereby dismisses this action with prejudice as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| ElllaEylinor | 44 |
| gongji5 | 54 |
| h0tur7 | 58 |
| huipingdress1166 | 75 |
| letaotao | 89 |
| Mei zi nv zhuang shi pin | 100 |
| MR.Casablanca | 105 |
| No.19 Store | 110 |
| puyong3 | 116 |
| Super Watermelon | 144 |
| You Favorite Fashion | 179 |

Dated this 8th day of May 2020.    Respectfully submitted,

<u>/s/ Jake M. Christensen</u>
Amy C. Ziegler
Justin R. Gaudio
Jake M. Christensen
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jchristensen@gbc.law

*Counsel for Plaintiff*
*Nectar Collector Colorado, LLC*